

NUMBER 13-10-00367-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

JUAN HERNANDEZ, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On Appeal from the 347th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam**

Appellant, Juan Hernandez, by and through his attorney, has filed a "Withdrawal of Notice of Appeal and Request to Dismiss Appeal" because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
26th day of August, 2010.